Jason K. Singleton, State Bar #166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, SHERIE K. ABEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE K. ABEL,<br><br>    Plaintiff,<br>v.<br><br>U.S. BANCORP, a Delaware corporation, dba U.S. BANK, U.S. BANK OF CALIFORNIA, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | **Case No. 2:13-CV-2117 MCE CKD**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER FRCP 41(a)(1)(A)(ii) |

Plaintiff **SHERIE K. ABEL** and Defendants **U.S. BANCORP, a Delaware corporation, dba U.S. BANK, U.S. BANK OF CALIFORNIA**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   January 16, 2014    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**SHERIE K. ABEL**

**GORDON & REES LLP**

Dated:   January 14, 2014    /s/ George A. Acero
George A. Acero, Attorney for Defendant,
**U.S. BANCORP**

## ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED that the action <u>ABEL v U.S. BANCORP</u>, et al., Case Number 2:13-CV-2117 MCE CKD, is dismissed with prejudice with each party to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated:  January 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT